UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA B. PEREZ, | ) | CASE NO. CV 12-8437 AGR |
|         Plaintiff, | ) | |
| | ) | JUDGMENT |
|    vs. | ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
|         Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: May 8, 2013

                                      ALICIA G. ROSENBERG
                                    United States Magistrate Judge